ROBERT A. WATSON, Appellant, *v.* FRANK QUILTER, Respondent.

(Argued October 11, 1928; decided October 26, 1928.)

*Harold R. Medina* and *James J. Regan* for appellant.
*Robert H. Ewell* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.